IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE KELLY-MYERS : CIVIL ACTION
:
   v. :
:
MERCY HEALTH SYSTEM OF : NO. 16-5194
SOUTHEASTERN PENNSYLVANIA :

ORDER

AND NOW, this 29th day of September, 2017, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Mercy Health System of Southeastern Pennsylvania for summary judgment (Doc. # 33) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                  J.