IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE KELLY-MYERS : CIVIL ACTION
:
   v. :
:
MERCY HEALTH SYSTEM OF : NO. 16-5194
SOUTHEASTERN PENNSYLVANIA :

## JUDGMENT

AND NOW, this 29th day of September, 2017, it is hereby ORDERED that judgment is entered in favor of defendant Mercy Health System of Southeastern Pennsylvania and against plaintiff Nicole Kelly-Myers.

                                      BY THE COURT:

                                      /s/ Harvey Bartle III
                                                                      J.